**Richard I. BARBER, Petitioner, Appellant,**

v.

**UNITED STATES, Respondent, Appellee.**

No. 02–1869.

United States Court of Appeals, First Circuit.

Feb. 26, 2003.

Richard Barber on brief pro se.

Michael J. Sullivan, United States Attorney, and Kevin O'Regan, Assistant U.S. Attorney, on Motion for Summary Disposition, for appellee.

Before STAHL, Senior Circuit Judge, LIPEZ and HOWARD, Circuit Judges.

PER CURIAM.

Upon careful review of the district court's judgment in light of the record and the arguments on appeal, we *affirm* the decision below substantially for the reasons stated in the court's careful and thorough memorandum and order of June 28, 2002. *See* Loc. R. 27(c).

*Affirmed.*